

NUMBER 13-14-00059-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

MONICA GALVAN,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

On appeal from the 347th District Court
of Nueces County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Justices Rodriguez, Benavides, and Perkes**
**Order Per Curiam**

This cause is currently before the Court on appellant's fourth extension of time to file the brief. The reporter's record was filed on May 1, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court

has previously granted appellant three extensions of time totaling 149 days to file the brief, and appellant now seeks an additional 30 days, until December 1, 2014, to file the brief.

The Court GRANTS appellant's fourth motion to file the brief and ORDERS the Honorable Lisa C. Harris to file the brief on or before December 1, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of November, 2014.